IN RE WATERVIEW NURSING HOME.

IN RE TWIN OAKS NURSING CENTER.

February 10, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. KENNETH LOCK.

February 15, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. RALPH DeLUCA.

February 15, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE WILLIAM DIXON.

February 15, 1983.

Petition for certification denied.